Jeffrey J. Hepworth, ISB No. 3455
J. Grady Hepworth, ISB No. 10364
HEPWORTH LAW OFFICES
2229 W. State Street
P.O. Box 2815
Boise, ID 83702-2815
Telephone: (208) 333-0702
Facsimile: (208) 246-8655
courtservice@idalawyer.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MISTY D. TUCKER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a Delaware Corporation registered and doing business in the State of Idaho; JOHN DOE CORPORATIONS I-V, unknown corporations or business entities,<br><br>Defendants. | Case No: 1:20-cv-00411-WBS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the parties' *Stipulation for Dismissal with Prejudice*, and good cause appearing therefor;

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to each bear their own costs and attorney fees.

Dated:  March 24, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER FOR DISMISSAL WITH PREJUDICE - 1**

Submitted by:

Jeffrey J. Hepworth
J. Grady Hepworth
HEPWORTH LAW OFFICES
*Attorneys for Plaintiff Misty D. Tucker*

and

Benjamin A. Schwartzman
Nicholas A. Warden
BAILEY & GLASSER LLP
*Attorneys for Defendant Nutrien Ag Solutions, Inc.*

**ORDER FOR DISMISSAL WITH PREJUDICE - 2**